IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-2823-AP

Martin Mendez,

    Plaintiff,

v.

Michael J. Astrue,
Commissioner of Social Security
    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

<u>For Plaintiff</u>:
Joseph A. Whitcomb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
303-534-1954
303-534-1949 (facsimile)
joe@RMDLG.com

<u>For Defendant</u>:
**Alexess D. Rea**
Social Security Administration-Denver
Office of General Counsel
1001 17th Street
Denver, CO 80202
303-844-7101
Fax: 303-844-0770
Email: alexess.rea@ssa.gov
*ATTORNEY TO BE NOTICED*

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed**: 10/24/12

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office**: 10/29/12

    **C.**    **Date Answer and Administrative Record Were Filed**: 12/27/12

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of his knowledge, Plaintiff states that the record is complete and accurate.

To the best of his knowledge, Defendant states that the record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

**7. OTHER MATTERS**

The parties state that there are no other matters.

**8. BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due**: 2/26/13

    **B.**    **Defendant's Reply Brief (If Any) Due**: 3/28/13

    **C.**    **Plaintiff's Reply Brief (If Any) Due**: 4/12/13

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice*.

    **A.**    **(  )** All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    **B.**    **( X )** All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause*.

DATED this 17th day of January, 2013.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

        John F. Walsh
        United States Attorney

s/Joseph A. Whitcomb           **By:** s/ *David I. Blower*
Rocky Mountain Disability Law Group     Special Assistant U.S. Attorney
1391 Speer Blvd., Suite 705          1001 17th Street
Denver, CO 80204                Denver, CO 80202
303-534-1954                   303-844-1571
303-534-1949 (facsimile)           303-844-0770 (facsimile)
joe@RMDLG.com                David.blower@ssa.gov
Attorneys for Plaintiff              Attorneys for Defendant